## EXHIBIT A



### American Sign Language ASL Clip Art - Big Bundle

 By 35 Corks Art Studio

Here is a bundle of some of my earlier artwork, a best-selling collection of ASL (American Sign Language) clip arts. Purchase of this bundle constitutes both a personal use license and a...

Subjects:   American Sign Language
Grades:   Not Grade Specific
Types:   Clip Art

~~$44.25~~
**$39.00**

★★★★★ 69

Bundle

**ADD TO CART**

⊞ WISH LIST

---



### American Sign Language ASL Clip Art - Drinks

By 35 Corks Art Studio

Included in this pack are common drinks children may know:apple juicegrape juiceorange juicemilkchocolate milkcoffee teasodawaterMy updated TOU is included in the preview file an...

Subjects:   American Sign Language
Grades:   Not Grade Specific
Types:   Clip Art

~~$5.00~~
**$3.00**

★★★★★ 5

Digital Download
**ZIP** (2.65 MB)

**ADD TO CART**

⊞ WISH LIST

---



### American Sign Language ASL Clip Art - Fruits

By 35 Corks Art Studio

Enclosed are 24 different signs for various fruits. apple, avocado, banana, blackberry, blueberry, cantaloupe, cherry, coconut, fig, grapes, kiwi, lemon, lime, melon, olive, orange, peach, pear,...

Subjects:   Cooking, American Sign Language
Grades:   Not Grade Specific
Types:   Clip Art

**$6.00**

★★★★★ 14

Digital Download
**ZIP** (4.67 MB)

**ADD TO CART**

⊞ WISH LIST

---



### American Sign Language ASL Clip Art - Occupations / Jobs

 By 35 Corks Art Studio

The following 19 occupations are included in this clip art set:artistastronautchefdentistdoctorfirefighterhairdresserjudgeli... carrier / mail...

Subjects:   American Sign Language
Grades:   Not Grade Specific
Types:   Clip Art

**$5.00**

★★★★★ 9

Digital Download
**ZIP** (7.46 MB)

**ADD TO CART**

⊞ WISH LIST



### American Sign Language ASL Clip Art - Sight Word Nouns SET 4

By 35 Corks Art Studio

* * This is a personal use licensed product. These images are copyrighted by 35 Corks Art Studio and may be used by one person in one classroom. These images may not be used to...

Subjects:   World Language, American Sign Language
Grades:     Not Grade Specific
Types:      Clip Art

**$5.00**

★★★★★ 14

Digital Download
**ZIP** (7.48 MB)

ADD TO CART

⊞ WISH LIST

---



### American Sign Language ASL Clip Art - Sight Words Nouns SET 1

By 35 Corks Art Studio

* * This is a personal use licensed product. These images are copyrighted by 35 Corks Art Studio and may be used by one person in one classroom. These images may not be used to...

Subjects:   American Sign Language
Grades:     Not Grade Specific
Types:      Clip Art

**$5.00**

★★★★★ 17

Digital Download
**ZIP** (5.34 MB)

ADD TO CART

⊞ WISH LIST

---



### American Sign Language ASL Clip Art - Sight Words Nouns SET 2

By 35 Corks Art Studio

* * This is a personal use licensed product. These images are copyrighted by 35 Corks Art Studio and may be used by one person in one classroom. These images may not be used to...

Subjects:   American Sign Language
Grades:     Not Grade Specific
Types:      Clip Art

**$5.00**

★★★★★ 14

Digital Download
**ZIP** (6.58 MB)

ADD TO CART

⊞ WISH LIST

---



### American Sign Language ASL Clip Art - Sight Words Nouns SET 3

By 35 Corks Art Studio

* * This is a personal use licensed product. These images are copyrighted by 35 Corks Art Studio and may be used by one person in one classroom. These images may not be used to...

Subjects:   World Language, American Sign Language
Grades:     Not Grade Specific
Types:      Clip Art

**$5.00**

★★★★★ 14

Digital Download
**ZIP** (6.37 MB)

ADD TO CART

⊞ WISH LIST



### American Sign Language ASL Clip Art - Sight Words Set 1 - Pre-Primer Words

35 By 35 Corks Art Studio

\* \* This is a personal use licensed product. These images are copyrighted by 35 Corks Art Studio and may be used by one person in one classroom. These images may not be used to...

| | |
|---|---|
| Subjects: | American Sign Language |
| Grades: | Not Grade Specific |
| Types: | Clip Art |

**$6.00**

★★★★★ 31

Digital Download
**ZIP** (7.56 MB)

ADD TO CART

⊞ WISH LIST

---



### American Sign Language ASL Clip Art - Sight Words Set 2 - Primer Words

35 By 35 Corks Art Studio

\* \* This is a personal use licensed product. These images are copyrighted by 35 Corks Art Studio and may be used by one person in one classroom. These images may not be used to...

| | |
|---|---|
| Subjects: | American Sign Language |
| Grades: | PreK, Kindergarten, 1st, Homeschool |
| Types: | Clip Art |

**$6.00**

★★★★★ 21

Digital Download
**ZIP** (16.66 MB)

ADD TO CART

⊞ WISH LIST

---



### American Sign Language ASL Clip Art - Sight Words Set 3 - First Grade Words

35 By 35 Corks Art Studio

\* \* This is a personal use licensed product. These images are copyrighted by 35 Corks Art Studio and may be used by one person in one classroom. These images may not be used to...

| | |
|---|---|
| Subjects: | World Language, American Sign Language |
| Grades: | PreK, Kindergarten, 1st, Homeschool |
| Types: | Clip Art |

**$6.00**

★★★★★ 14

Digital Download
**ZIP** (9.19 MB)

ADD TO CART

⊞ WISH LIST

---



### American Sign Language ASL Clip Art - Sight Words Set 4 - Second-Grade Words

35 By 35 Corks Art Studio

\* \* This is a personal use licensed product. These images are copyrighted by 35 Corks Art Studio and may be used by one person in one classroom. These images may not be used to...

| | |
|---|---|
| Subjects: | World Language, American Sign Language |
| Grades: | 1st, 2nd, 3rd, Homeschool |
| Types: | Clip Art |

**$6.00**

★★★★★ 8

Digital Download
**ZIP** (14.87 MB)

ADD TO CART

⊞ WISH LIST