

**EXHIBIT B**

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = American Sign Language (ASL) Sight Words Compendium
Search Results: Displaying 1 of 1 entries



*American Sign Language (ASL) Sight Words Compendium.*

|   |   |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002199226 / 2020-03-06 |
| **Application Title:** | American Sign Language (ASL) Sight Words Compendium. |
| **Title:** | American Sign Language (ASL) Sight Words Compendium. |
| **Description:** | Electronic file (eService) |
| **Series:** | American Sign Language (ASL) Clipart |
| **Copyright Claimant:** | Bradley Robert Manker, 1979- . Address: 125 S. 1st Avenue, Unit 2712, Hillsboro, OR, 97123-3954, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-03-08 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Bradley Robert Manker, 1979- ; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Rights and Permissions:** | 35 Corks Art Studio, 35corks@gmail.com |
| **Names:** | Manker, Bradley Robert, 1979- |



Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page